# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALEXANDER PERKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-0947

[June 10, 2021]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502000CF003838.

Alexander Perkins, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***